THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Arthur McDonald,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-733
Submitted October 15, 2003  Filed December 16, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, 
 of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Office of the Attorney General, all of Columbia;  and Solicitor Druanne Dykes 
 White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Arthur McDonald was indicted 
 for unlawful carrying of a firearm about the person in violation of S.C. Code 
 Ann. § 16-23-20 (2003) and possession of a firearm by a person convicted of 
 a crime of violence in violation of S.C. Code Ann. § 16-23-30 (2003).  He entered 
 a plea of guilty pursuant to North Carolina v. Alford, 400 U.S. 25, 91 
 S.Ct. 160, 27 L.Ed.2d 162 (1970).  The trial court sentenced him to one year 
 and four years respectively, with the sentences concurrent.  McDonalds counsel 
 attached to the final brief a petition to be relieved as counsel stating that 
 he had reviewed the record and concluded the appeal lacked merit.  McDonald 
 filed a pro se response.
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss McDonalds appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.